MMC:mg 26-11

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VALERIE CARREON, as Special Administrator of the Estate of DOMINIK IWANCZATIK, deceased,<br><br>Plaintiff,<br><br>v.<br><br>LEMONT INDUSTRIAL DEVELOPMENT LLC, an Illinois corporation, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and WEST SIDE MACHINE INC. an Illinois corporation,<br><br>Defendants. | Case No: 26-cv-2800<br><br>Hon. Steven C. Seeger |

**JOINT STATEMENT ON SETTLEMENT**

As required by the Court's August 31, 2026 Order, on October 1, 2026, Plaintiff's Counsel Michael Cushing met and conferred seperately by phone with Counsel for National Railroad Passenger Corporation d/b/a Amtrak, Mark Kurz, and Counsel for West Side Machine Inc., and Lemont Industrial Development LLC, Mary Louise Kandyba, to discuss settlement and whether to seek a settlement conference. The Parties have not reached a settlement and do not believe a settlement conference would be beneficial at this stage of the proceedings. The Parties will advise the Court should their positions change.

Dated: October 2, 2026

Respectfully submitted,


*/s/Michael Cushing*
Michael M. Cushing, #6281237
**NAPLETON & PARTNERS**
140 S. Dearborn, Ste. 1500
Chicago, IL 60603
(312) 726-2699
mcushing@rjnlawoffice.com
mwoolman@rjnlawoffice.com
*Attorney for Plaintiff*

*/s/Mark Kurz*
Mark R. Kurz, #06211071
**HOLMES & PETERS, LLC**
5000 West Main St.
Belleville, IL 62223
(618) 277-9000
mkurz@rhpfirm.com
*Attorney for Defendant National Railroad Passenger Corporation d/b/a AMTRAK*

*/s/Mary Louise Kandyba*
Mary Louise Kandyba
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
161 N Clark - Suite 4500
Chicago, IL 60601
ml.kandyba@wilsonelser.com
Jonathan.Powell@wilsonelser.com
Justin.Dobek@wilsonelser.com
*Attorney for Defendants Lemont Industrial Development LLC and Westside Machine Inc.*